United States Bankruptcy Court

District of Arizona

| In re: | Case No. 21-02556-DPC |
|---|---|
| JOSEPH D RODRIGUEZ-AMAYA | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0970-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 19, 2021 | Form ID: 318 | Total Noticed: 17 |

The following symbols are used throughout this certificate:

**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 21, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | JOSEPH D RODRIGUEZ-AMAYA, 3408 W LA MIRADA DR, LAVEEN, AZ 85339-2523 |
| 16404253 | + | Arizona Auto Insurance Co, c/o Crosby and Gladner, P.C., 1930 S Alma School Rd a203, Mesa AZ 85210-3066 |
| 16404257 | + | Curacao, 1605 West Olympic Boulevard, Suite 700, Los Angeles CA 90015-3832 |
| 16480103 | + | DESERT FINANCIAL CU, 10725 GRAND AVE, SUN CITY AZ 85351-3432 |
| 16480104 | + | DIGNATY HEALTH, PO BOX 841365, DALLAS TX 75284-1365 |
| 16480105 | + | SYNERGY RADIOLOGY ASSOC, PO BOX 88087, CHICAGO IL 60680-1087 |
| 16480106 | + | THOMAS GEORGE ASSOCIATES, PO BOX 30, EAST NORTHPORT NY 11731-0030 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: BDDULRICH.COM | Jul 20 2021 02:18:00 | DALE D. ULRICH, 1934 E CAMELBACK RD STE 120-615, PHOENIX, AZ 85016-4126 |
| smg | | EDI: AZDEPREV.COM | Jul 20 2021 02:18:00 | AZ DEPARTMENT OF REVENUE, BANKRUPTCY & LITIGATION, 1600 W. MONROE, 7TH FL., PHOENIX, AZ 85007-2650 |
| 16404251 | + | Email/Text: backoffice@affirm.com | Jul 19 2021 22:18:00 | Affirm, Inc., Attn: Bankruptcy, Po Box 720, San Francisco CA 94104-0720 |
| 16404252 | + | EDI: AMEREXPR.COM | Jul 20 2021 02:18:00 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso TX 79998-1540 |
| 16404254 | | Email/Text: andy.shaw@bluevine.com | Jul 19 2021 22:17:00 | BlueVine, 401 Warren St FL 3, Redwood City CA 94063 |
| 16404255 | + | EDI: CAPITALONE.COM | Jul 20 2021 02:18:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City UT 84130-0285 |
| 16404256 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 19 2021 22:39:28 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas NV 89193-8873 |
| 16480102 | | EDI: JPMORGANCHASE | Jul 20 2021 02:18:00 | CHASE BANK, 1111 POLARIS PARKWAY, COLUMBUS OH 43240 |
| 16404258 | + | EDI: MID8.COM | Jul 20 2021 02:18:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine Ste 100, San Diego CA 92108-3007 |
| 16404259 | + | Email/Text: bankruptcynotice@westlakefinancial.com | Jul 19 2021 22:17:00 | Westlake Financial Services, Attn: Bankruptcy, Po Box 76809, Los Angeles CA 90076-0809 |

TOTAL: 10

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2021                           Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 19, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DALE D. ULRICH | AZ18@ecfcbis.com |
| THOMAS ADAMS MCAVITY | on behalf of Debtor JOSEPH D RODRIGUEZ-AMAYA documents@phxfreshstart.com tom@phxfreshstart.com |
| U.S. TRUSTEE | USTPRegion14.PX.ECF@USDOJ.GOV |

TOTAL: 3

| | | |
|---|---|---|
| Debtor 1 | JOSEPH D RODRIGUEZ–AMAYA<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–3296<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of Arizona | |
| Case number: | 2:21–bk–02556–DPC | |

# Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

JOSEPH D RODRIGUEZ–AMAYA
aka JOSEPH RODRIGUEZ

7/19/21

**By the court:**  Daniel P. Collins
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for most taxes;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- ♦ some debts which the debtors did not properly list;

- ♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---